IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| FACTORY MUTUAL INSURANCE COMPANY, AS SUBROGEE OF Agilent Technologies, Inc., ) ) ) ) | |
| Plaintiff, ) | |
| ) | No. 2:25-cv-02424 |
| v. ) | Judge Thomas L. Parker |
| ) | Magistrate Judge Tu M. Pham |
| XPEDIENT MANAGEMENT GROUP, LLC and ST. PAUL FIRE AND MARINE INSURANCE COMPANY, ) ) ) ) | |
| Defendants. ) | |

## NOTICE OF APPEARANCE

Notice is hereby given of the appearance of Peter C. Robison of the law firm of LEWIS THOMASON, P.C., as Counsel for Defendant St. Paul Fire and Marine Insurance Company in the above styled cared. The clerk is requested to direct all mailings in this case to Paige I. Bernick.

Respectfully submitted,

*/s/ Peter C. Robison*
Peter C. Pobison, Esq. (BPR # 27498)
LEWIS THOMASON, P.C.
424 Church Street, Suite 2500
Nashville, TN  37219
probison@lewisthomason.com
Telephone:  (615) 259-1366

*Attorneys for Defendant St. Paul Fire and Marine Insurance Company*

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 28th day of April, 2025, a copy of the foregoing NOTICE OF APPEARANCE was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail and email. Parties may access this filing through the Court's electronic filing system.

      S. Joe Welborn, Esq.
      Jefferson C. Orr, Esq.
      Brenden T. Holbrook, Esq.
      Smith Cashion & Orr, PLC
      3100 West End Avenue
      Suite 800, One American Center
      Nashville, TN 37203
      (615) 742-8565
      jwelborn@smithcashion.com
      jorr@smithcashion.com
      bholbrook@smithcashion.com

*/s/ Peter C. Robison*