IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| AGILENT TECHNOLOGIES, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 2:25-cv-02101 |
| v. | ) | Judge Mark S. Norris |
| | ) | Magistrate Judge Charmiane Claxton |
| XPEDIENT MANAGEMENT GROUP, LLC | ) | |
| and ST. PAUL FIRE AND MARINE | ) | |
| INSURANCE COMPANY, | ) | |
| | ) | |
| Defendants. | ) | |

## ST. PAUL FIRE AND MARINE INSURANCE COMPANY'S CITIZENSHIP DISCLOSURE STATEMENT

Pursuant to Federal Civil Procedure Rule 7.1(a), St. Paul Fire and Marine Insurance Company submits to the Court that it is incorporated under the laws of Connecticut with its principal place of business in Connecticut.

Respectfully submitted,

*/s/ Paige I. Bernick*
Paige I. Bernick, Esq. (BPR # 30071)
Peter C. Robison, Esq. (BPR # 27498)
Ryan N. Clark, Esq. (BPR # 29105)
LEWIS THOMASON, P.C.
424 Church Street, Suite 2500
Nashville, TN 37219
pbernick@lewisthomason.com
Telephone: (615) 259-1366

*Attorneys for Defendant St. Paul Fire and Marine Insurance Company*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing DEFENDANT ST. PAUL FIRE AND MARINE INSURANCE COMPANY'S CITIZENSHIP DISCLOSURE was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  All other parties will be served by regular U.S. mail and email. Parties may access this filing through the Court's electronic filing system.

Elena R. Mosby, Esq.
Douglas F. Halijan, Esq.
130 N. Court Avenue
Memphis, TN 38103
Telephone: (901) 524-5000
emosby@bpjlaw.com
dhalijan@bpjlaw.com

Amber S. Finch, Esq.
Margaret Clemans McDonald, Esq.
Reed Smith, LLP
515 South Flower Street, Suite 4300
Los Angeles, CA  90071
Telephone: (213) 457-8000
afinch@reedsmith.com
mcmcdonald@reedsmith.com

*Paige I. Bernick*