IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| FACTORY MUTUAL INSURANCE COMPANY, AS SUBROGEE OF Agilent Technologies, Inc., ) ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) ) | No. 2:25-cv-02424<br>Judge Thomas L. Parker<br>Magistrate Judge Tu M. Pham |
| XPEDIENT MANAGEMENT GROUP, LLC and ST. PAUL FIRE AND MARINE INSURANCE COMPANY, ) ) ) ) | |
| Defendants. ) | |

### ST. PAUL FIRE AND MARINE INSURANCE COMPANY'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Civil Procedure Rule 7.1, St. Paul Fire and Marine Insurance Company submits to the Court that it is wholly owned by its parent company, The Travelers Companies, Inc., which is a publicly held corporation.

Respectfully submitted,

*/s/ Paige I. Bernick*
Paige I. Bernick, Esq. (BPR # 30071)
Peter C. Robison, Esq. (BPR # 27498)
Ryan N. Clark, Esq. (BPR # 29105)
LEWIS THOMASON, P.C.
424 Church Street, Suite 2500
Nashville, TN  37219
pbernick@lewisthomason.com
probison@lewisthomason.com
rclark@lewisthomason.com
Telephone:  (615) 259-1366

*Attorneys for Defendant St. Paul Fire and Marine Insurance Company*

**CERTIFICATE OF SERVICE**

  I hereby certify that on this 28th day of April, 2025, a copy of the foregoing ST. PAUL FIRE AND MARINE INSURANCE COMPANY'S CORPORATE DISCLOSURE STATEMENT was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail and email. Parties may access this filing through the Court's electronic filing system.

  S. Joe Welborn, Esq.
  Jefferson C. Orr, Esq.
  Brenden T. Holbrook, Esq.
  Smith Cashion & Orr, PLC
  3100 West End Avenue
  Suite 800, One American Center
  Nashville, TN 37203
  (615) 742-8565
  jwelborn@smithcashion.com
  jorr@smithcashion.com
  bholbrook@smithcashion.com

*/s/ Paige I. Bernick*