AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Tennessee

| | |
|---|---|
| FACTORY MUTUAL INSURANCE COMPANY, as subrogee of Agilent Technologies, Inc. <br><br> *Plaintiff(s)* <br> v. <br> XPEDIENT MANAGEMENT GROUP, LLC and ST. PAUL FIRE AND MARINE INSURANCE COMPANY <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 2:25-cv-02424-TLP-tmp |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Xpedient Management Group, LLC
c/o Business Filings, Inc.
300 Montvue Rd.
Knoxville, TN 37919

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   S. Joe Welborn
Jefferson C. Orr
Smith Cashion & Orr, PLC
3100 West End Ave.
Suite 800
Nashville, TN 37203   - 615-742-8555

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____04/17/2025_____       _s/Christina Max_
                                  *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:25-cv-02424-TLP-tmp

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* __Business Filings, Inc., Reg. Agent__, who is
designated by law to accept service of process on behalf of *(name of organization)* __Xpedient Management Group, LLC__ on *(date)* __April 23, 2025__; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __4-29-2025__

__Shannon M. Smith__
*Server's signature*

__Shannon M. Smith, Legal Assistant__
*Printed name and title*

Smith Cashion & Orr, PLC
3100 West End Ave., Ste. 800
Nashville, TN 37203
*Server's address*

Additional information regarding attempted service, etc:

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Xpedient Management Group, LLC
c/o Business Filings, Inc.
300 Montvue Rd.
Knoxville, TN 37919

9590 9402 9292 4295 0473 82

2. Article Number
9589 0...

PS Form 3...

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  Samantha S[...]   ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
APR 23 2025

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

...n Receipt