IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION AT MEMPHIS

| | |
|---|---|
| **FACTORY MUTUAL INSURANCE COMPANY**, as subrogee of Agilent Technologies, Inc., </br></br>Plaintiff, </br></br>v. </br></br>**XPEDIENT MANAGEMENT GROUP, LLC** and **ST. PAUL FIRE AND MARINE INSURANCE COMPANY**, </br></br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) </br></br>Case No. 2:25-cv-02424 </br>Judge Thomas L. Parker </br>Magistrate Judge Tu M. Pham </br></br>**JURY TRIAL DEMANDED** |

### RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF PLAINTIFF FACTORY MUTUAL INSURANCE COMPANY

COMES NOW the Plaintiff, Factory Mutual Insurance Company, by and through counsel and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and hereby states that it does not have a parent corporation and no publicly held corporation owns 10% or more of its stock.

Respectfully submitted,

*/s/ S. Joe Welborn*
S. Joe Welborn, TN BPR No. 21747
Jefferson C. Orr, TN BPR No. 12743
Brenden T. Holbrook, TN BPR No. 39485
SMITH CASHION & ORR, PLC
3100 West End Avenue
Suite 800 – One American Center
Nashville, TN 37203
(615) 742-8565 – Tel
jwelborn@smithcashion.com
jorr@smithcashion.com
bholbrook@smithcashion.com
*Attorneys for Plaintiff Factory Mutual Insurance Company*

## CERTIFICATE OF SERVICE

      I hereby certify that on May 13, 2025, I have electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification to counsel of record to the following:

Paige I. Bernick  
Peter C. Robison  
Ryan N. Clark  
Lewis Thomason, P.C.  
424 Church St.  
Suite 2500  
Nashville, TN 37219  
(615) 259-1366 – Tel  
PBernick@lewisthomason.com  
probison@lewisthomason.com  
rclark@lewisthomason.com  
*Attorneys for Defendant St. Paul Fire and Marine Insurance Company*

                                                          */s/ S. Joe Welborn*  
                                                          S. Joe Welborn