# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

**FACTORY MUTUAL INSURANCE COMPANY,** as subrogee of Agilent Technologies, Inc.,

**Plaintiff,**

v.           Case No. 2:25-cv-02424-TLP-tmp

**XPEDIENT MANAGEMENT GROUP, LLC and ST. PAUL FIRE AND MARINE INSURANCE COMPANY,**      JURY TRIAL DEMANDED

**Defendants.**

## XPEDIENT MANAGEMENT GROUP, LLC'S
## MOTION TO DISMISS

Defendant Xpedient Management Group, LLC ("Xpedient"), respectfully submits this motion to dismiss Plaintiff's Complaint [Doc. 1] pursuant to Federal Rule 12(b)(1) and 12(b)(6). In support, Xpedient relies on the following exhibits and its Memorandum of Authorities:

**Exhibit 1**-Agilent Technologies, Inc. Complaint Case No. 2:25-CV-02101-MSN-CGC

**Exhibit 2**—Xpedient Mgmt. Group, LLC Answer Case No. 2:25-CV-02101-MSN-CGC

WHEREFORE, Xpedient Management Group, LLC, respectfully requests Plaintiff's Complaint be dismissed.

THIS the 14th day of May 2025.

>  */s/ William P. Thomas*
> William P. Thomas (MS 102209)
> Andrew B. Schrack (TN 037624)
> **Butler Snow LLP**
> 6075 Poplar Ave., Ste. 500
> Memphis, TN 38119
> T: 901-680-7200

                F: 901-680-7201
                will.thomas@butlersnow.com
                andrew.schrack@butlersnow.com
                *Attorneys for Defendant Xpedient Management Group, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing document with the Clerk of the Court using the Court's ECF system, which sent notification of such filing to all counsel of record.

                */s/ William P. Thomas*
                William P. Thomas

93716775.v1