IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION AT MEMPHIS

| | |
|---|---|
| FACTORY MUTUAL INSURANCE COMPANY, as subrogee of Agilent Technologies, Inc., ) ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Case No. 2:25-cv-02424-TLP-tmp |
| XPEDIENT MANAGEMENT GROUP, LLC and ST. PAUL FIRE AND MARINE INSURANCE COMPANY, ) ) ) ) | **JURY TRIAL DEMANDED** |
| Defendants. ) ) ) | |

## NOTICE OF RELATED CASE

Plaintiff Factory Mutual Insurance Company, as subrogee of Agilent Technologies, Inc., hereby notifies the Court that this case is related, as that term is defined by LR 3.1, to the case styled *Agilent Technologies, Inc. v. Xpedient Management Group, LLC and St. Paul Fire and Marine Ins. Co.*, Case No. 2:25-CV-02101-MSN-CGC that was filed on January 30, 2025 and is currently pending in this District Court.

Respectfully submitted,

*/s/ S. Joe Welborn*
Jefferson C. Orr, TN BPR No. 12743
S. Joe Welborn, TN BPR No. 21747
Brenden T. Holbrook, TN BPR No. 39485
SMITH CASHION & ORR, PLC
3100 West End Avenue
Suite 800 – One American Center
Nashville, TN 37203
(615) 742-8565 – Tel
jorr@smithcashion.com
jwelborn@smithcashion.com
bholbrook@smithcashion.com

1

*Attorneys for Plaintiff Factory Mutual Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing document with the Clerk of the Court using the Court's ECF system, which sent notification of such filing to all counsel of record.

              */s/ S. Joe Welborn*
               S. Joe Welborn