# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| **FACTORY MUTUAL INSURANCE COMPANY**, as subrogee of Agilent Technologies, Inc., | * * * * |
| Plaintiff, | * * |
| v. | No. 2:25-cv-02424 * |
| | * JURY DEMAND |
| **XPEDIENT MANAGEMENT GROUP, LLC** and **ST. PAUL FIRE AND MARINE INSURANCE COMPANY**, | * * * * |
| Defendants. | * |

## DEFENDANT ST. PAUL FIRE AND MARINE INSURANCE COMPANY'S MOTION TO DISMISS

COMES NOW the Defendant, St. Paul Fire and Marine Insurance Company ("St. Paul"), to submit its Motion to Dismiss pursuant to *Fed. R. Civ. P.* 12(b)(6).

As grounds for this motion and as described in more detail in its contemporaneously-filed memorandum of law, St. Paul would show that Factory Mutual Insurance Company's Complaint should be dismissed for several reasons. As an initial matter, Factory Mutual filed its Complaint after its insured already filed a lawsuit regarding the same incident and same damages, and Factory Mutual's Complaint should be dismissed under the "first-to-file" rule. Further, Factory Mutual's Complaint does not plead sufficient facts establishing St. Paul's possession of or control over the premises where the incident occurred. Moreover, Factory Mutual cannot prove its negligence *per se* claims. Accordingly, the Court should dismiss Factory Mutual's Complaint against St. Paul in its entirety and with prejudice.

**WHEREFORE,** St. Paul respectfully requests that the Court enter an order granting its motion and dismissing Factory Mutual's Complaint against St. Paul in its entirety and with prejudice.

Respectfully submitted,

**CARR ALLISON**

BY: /s/ Michael J. Petherick
    **SEAN W. MARTIN, BPR #020870**
    **MICHAEL J. PETHERICK, BPR #036155**
    Attorneys for St. Paul
    633 Chestnut Street, Suite 2000
    Chattanooga, TN 37450
    (423) 648-9832 / (423) 648-9869 FAX
    swmartin@carrallison.com
    mpetherick@carrallison.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 4, 2025, I electronically filed **DEFENDANT ST. PAUL FIRE AND MARINE INSURANCE COMPANY'S MOTION TO DISMISS** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

S. Joe Wellborn
Jefferson C. Orr
Brenden T. Holbrook
Smith Cashion & Orr, PLC
3100 West End Avenue, Suite 800
Nashville, TN 37203

William P. Thomas
Andrew B. Schrack
Butler Snow LLP
6075 Poplar Avenue, Suite 500
Memphis, TN 38119

    BY: /s/ Michael J. Petherick
        **SEAN W. MARTIN, BPR #020870**
        **MICHAEL J. PETHERICK, BPR #036155**