# U.S. District Court
## Western District of Tennessee (Memphis)
## CIVIL DOCKET FOR CASE #: 2:25-cv-02101-MSN-cgc

| | |
|---|---|
| Agilent Technologies, Inc. v. Xpedient Management Group, LLC et al | Date Filed: 01/30/2025 |
| | Jury Demand: Plaintiff |
| Assigned to: Judge Mark S. Norris | Nature of Suit: 190 Contract: Other |
| Referred to: Magistrate Judge Charmiane G. Claxton | Jurisdiction: Diversity |
| Cause: 28:1332 Diversity-Other Contract | |

**Plaintiff**

**Agilent Technologies, Inc.**                    represented by    **Amber S. Finch**
REED SMITH LLP
515 South Flower Street
Suite 4300
Los Angeles, CA 90071
213-457-8000
Fax: 213-457-8080
Email: afinch@reedsmith.com
*ATTORNEY TO BE NOTICED*

**Elena R. Mosby**
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103-2217
901-524-5104
Email: emosby@bpjlaw.com
*ATTORNEY TO BE NOTICED*

**Margaret Clemans McDonald**
REED SMITH LLP
515 South Flower Street
Suite 4300
Los Angeles, CA 90071
213-457-8000
Fax: 213-457-8080
Email: mcmcdonald@reedsmith.com
*ATTORNEY TO BE NOTICED*

**Douglas F. Halijan**
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103-2217
901-524-5000
Fax: 901-524-5024
Email: dhalijan@bpjlaw.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Xpedient Management Group, LLC**                represented by **Andrew B Schrack**
BUTLER SNOW LLP
6075 Poplar Ave.
Suite 500
Memphis, TN 38119
901-680-7353
Email: andrew.schrack@butlersnow.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William P Thomas**
Bulter Snow
Product Liability, Toxic Tort &
Environmental Litigation
1020 Highland Colony Parkway
Ste 1400
Ridgeland, MS 39157
601-948-5711
Fax: 601-985-4500
Email: will.thomas@butlersnow.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**St. Paul Fire and Marine Insurance
Company**                represented by **Michael James Petherick**
CARR ALLISON
633 Chestnut Street
Suite 2000
Chattanooga, TN 37450
423-648-9862
Email: mpetherick@carrallison.com
*ATTORNEY TO BE NOTICED*

**Paige I Bernick**
LEWIS THOMASON, P.C.
424 Union Street
Suite 2500
Nashville, TN 37219
615-255-1366
Fax: 615-259-1389
Email: pbernick@lewisthomason.com
*TERMINATED: 05/20/2025*
*ATTORNEY TO BE NOTICED*

**Peter C. Robison**
LEWIS THOMASON, P.C.
424 Church Street
Suite 2500
Nashville, TN 37219
615-259-1366
Fax: 615-254-9477
Email: probison@lewisthomason.com

*TERMINATED: 05/20/2025*
*ATTORNEY TO BE NOTICED*

**Ryan Nelson Clark**
LEWIS, THOMASON, P.C.
424 Church Street, Suite 2500
Post Office Box 198615
Nashville, TN 37219
615-259-1366
Fax: 615-259-1389
Email: rclark@lewisthomason.com
*TERMINATED: 05/20/2025*
*ATTORNEY TO BE NOTICED*

**Cross Claimant**

**Xpedient Management Group, LLC**          represented by   **Andrew B Schrack**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William P Thomas**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Cross Defendant**

**St. Paul Fire and Marine Insurance
Company**          represented by   **Paige I Bernick**
(See above for address)
*TERMINATED: 05/20/2025*
*ATTORNEY TO BE NOTICED*

**Peter C. Robison**
(See above for address)
*TERMINATED: 05/20/2025*
*ATTORNEY TO BE NOTICED*

**Ryan Nelson Clark**
(See above for address)
*TERMINATED: 05/20/2025*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/30/2025 | 1 | COMPLAINT against All Defendants (Filing fee $ 405 receipt number ATNWDC-4604920), filed by Agilent Technologies, Inc.. (Attachments: # 1 Civil Cover Sheet, # 2 Summons, # 3 Summons)(Halijan, Douglas) (Entered: 01/30/2025) |
| 01/30/2025 | 2 | Sealed Document *Exhibits A and B to Complaint*. (Attachments: # 1 Exhibit)(Halijan, Douglas) (Entered: 01/30/2025) |

| 01/30/2025 | 3 | Judge Mark S. Norris and Magistrate Judge Charmiane G. Claxton added. (cmm) (Entered: 01/31/2025) |
|---|---|---|
| 01/30/2025 | 6 | NOTICE TO COMPLY WITH PLAN FOR ALTERNATE DISPUTE RESOLUTION (ADR): Pursuant to Section to 2.1 of the ADR Plan, all civil cases filed on or after Sept. 1, 2014, shall be referred automatically for ADR. For compliance requirements, refer to the ADR Plan at: http://www.tnwd.uscourts.gov/pdf/content/ADRPlan.pdf (cmm) (Entered: 01/31/2025) |
| 01/30/2025 | 7 | NOTICE OF CASE TRACKING ASSIGNMENT PURSUANT TO LOCAL RULE 16.2: Pursuant to Local Rule 16.2, this case has been assigned to the Standard track. http://www.tnwd.uscourts.gov/pdf/content/LocalRules.pdf (cmm) (Entered: 01/31/2025) |
| 01/30/2025 | 8 | NOTICE OF RIGHT TO CONSENT TO THE EXERCISE OF CIVIL JURISDICTION BY A MAGISTRATE JUDGE Pursuant to 28 U.S.C. 636(c), Fed.R.Civ.P.73, and Local Rule 72.1, this Court has designated the Magistrate Judges of this District to conduct trials and otherwise dispose of any civil case that is filed in this Court. Your decision to consent, or not consent, to the referral of your case to a United States Magistrate Judge for trial and entry of a final judgment must be entirely voluntary. The judge or magistrate judge to whom the case has been assigned will not be informed of your decision unless all parties agree that the case may be referred to a magistrate judge for these specific purposes. A less than unanimous decision will not be communicated by this office to either the judge or magistrate judge. The consent form is available on the courts website at https://www.tnwd.uscourts.gov/forms-and-applications.php (cmm) (Entered: 01/31/2025) |
| 01/31/2025 | 4 | Summons Issued as to St. Paul Fire and Marine Insurance Company. The filer has been notified electronically that the summons has been issued, and the new docket entry reflects this. Upon notification of the new docket entry, the filer is to print the issued summons in order to effect service. (cmm) (Entered: 01/31/2025) |
| 01/31/2025 | 5 | Summons Issued as to Xpedient Management Group, LLC. The filer has been notified electronically that the summons has been issued, and the new docket entry reflects this. Upon notification of the new docket entry, the filer is to print the issued summons in order to effect service. (cmm) (Entered: 01/31/2025) |
| 02/03/2025 | 9 | NOTICE of Appearance by Elena R. Mosby on behalf of Agilent Technologies, Inc. (Mosby, Elena) (Entered: 02/03/2025) |
| 02/05/2025 | 10 | SUMMONS Returned Executed by Agilent Technologies, Inc. as to Xpedient Management Group, LLC. (Halijan, Douglas) (Entered: 02/05/2025) |
| 02/05/2025 | 11 | SUMMONS Returned Executed by Agilent Technologies, Inc. as to St. Paul Fire and Marine Insurance Company. (Halijan, Douglas) (Entered: 02/05/2025) |
| 02/07/2025 | 12 | MOTION for Leave to Appear Pro Hac Vice *of Margaret C. McDonald; proposed order submitted* (Filing fee $ 150 receipt number ATNWDC-4611257) by Agilent Technologies, Inc.. (McDonald, Margaret) (Entered: 02/07/2025) |
| 02/07/2025 | 13 | MOTION for Leave to Appear Pro Hac Vice *of Amber S. Finch; proposed order submitted* (Filing fee $ 150 receipt number ATNWDC-4611696) by Agilent Technologies, Inc.. (Finch, Amber) (Entered: 02/07/2025) |
| 02/19/2025 | 14 | ORDER granting 13 Motion for Leave to Appear Pro Hac Vice. Signed by Judge Mark S. Norris on 02192025. (msn) (Entered: 02/19/2025) |
| 02/19/2025 | 15 | ORDER granting 12 Motion for Leave to Appear Pro Hac Vice. Signed by Judge Mark S. Norris on 02192025. (msn) (Entered: 02/19/2025) |

| 02/24/2025 | 16 | NOTICE of Appearance by Paige I Bernick on behalf of St. Paul Fire and Marine Insurance Company (Bernick, Paige) (Entered: 02/24/2025) |
| 02/24/2025 | 17 | NOTICE of Appearance by Ryan Nelson Clark on behalf of St. Paul Fire and Marine Insurance Company (Clark, Ryan) (Entered: 02/24/2025) |
| 02/24/2025 | 18 | NOTICE of Appearance by Peter C. Robison on behalf of St. Paul Fire and Marine Insurance Company (Robison, Peter) (Entered: 02/24/2025) |
| 02/24/2025 | 19 | MOTION to Dismiss by St. Paul Fire and Marine Insurance Company. (Attachments: # 1 Memorandum in Support of Motion to Dismiss)(Bernick, Paige) (Entered: 02/24/2025) |
| 02/24/2025 | 20 | Corporate Disclosure Statement by St. Paul Fire and Marine Insurance Company identifying Corporate Parent St. Paul Fire and Marine Insurance Company for St. Paul Fire and Marine Insurance Company.. (Bernick, Paige) (Entered: 02/24/2025) |
| 02/24/2025 | 21 | ANSWER to 1 Complaint *ANSWER AND DEFENSES OF DEFENDANT XPEDIENT MANAGEMENT GROUP, LLC, AND CROSS-CLAIM AGAINST ST. PAUL FIRE AND MARINE INSURANCE COMPANY* by Xpedient Management Group, LLC.(Schrack, Andrew) (Entered: 02/24/2025) |
| 02/24/2025 | 22 | Sealed Document *EX 1 to DE 021 ANSWER*. (Schrack, Andrew) (Entered: 02/24/2025) |
| 02/24/2025 | 23 | Sealed Document *EX 2 to DE 021 ANSWER*. (Schrack, Andrew) (Entered: 02/24/2025) |
| 02/24/2025 | 24 | Corporate Disclosure Statement by Xpedient Management Group, LLC. (Schrack, Andrew) (Entered: 02/24/2025) |
| 02/24/2025 | 25 | Corporate Disclosure Statement by St. Paul Fire and Marine Insurance Company. (Bernick, Paige) (Entered: 02/24/2025) |
| 02/24/2025 | 26 | CROSSCLAIM against St. Paul Fire and Marine Insurance Company, filed by Xpedient Management Group, LLC.(Schrack, Andrew) (Entered: 02/24/2025) |
| 02/25/2025 | 27 | SETTING LETTER: Scheduling Conference set for Friday, 05/16/2025 at 10:00 AM before Judge Mark S. Norris. <br><br> The proceeding will be held via Microsoft Teams video conference. The Court will email the parties an invitation for the video conference prior to the proceeding. <br><br> Counsel should submit any exhibits to be offered to the Judge's ECF mailbox prior to the proceeding. <br><br> The public may also access the video proceeding. If the public and/or media wish to attend in the video proceeding, please click on the following link to request access information: https://www.tnwd.uscourts.gov/videohearings The access information will be delivered via email to the email address from which the request originated. <br><br> Parties should consult the instructions for Joining a Meeting in Teams or Joining a Meeting Without a Teams Account. (zsf) (Entered: 02/25/2025) |
| 02/26/2025 | 28 | COURTESY NOTICE: Pursuant to Rule 5 of the Federal Rules of Civil Procedure, document 16 Notice of Appearance filed by St. Paul Fire and Marine Insurance Company has been filed. For future reference, please note certificate of service has a partial electronic signature. Please refer to the ECF User Manual and ECF Policies and Procedures. Filer is not required to resubmit document. (mf) (Entered: 02/26/2025) |
| 02/26/2025 | 29 | COURTESY NOTICE: Pursuant to Rule 5 of the Federal Rules of Civil Procedure, document 17 Notice of Appearance filed by St. Paul Fire and Marine Insurance Company |

| | | |
|---|---|---|
| | | has been filed. For future reference, please note certificate of service has a partial electronic signature. Please refer to the ECF User Manual and ECF Policies and Procedures. Filer is not required to resubmit document. (mf) (Entered: 02/26/2025) |
| 02/26/2025 | 30 | COURTESY NOTICE: Pursuant to Rule 5 of the Federal Rules of Civil Procedure, document 18 Notice of Appearance filed by St. Paul Fire and Marine Insurance Company has been filed. For future reference, please note certificate of service has a partial electronic signature. Please refer to the ECF User Manual and ECF Policies and Procedures. Filer is not required to resubmit document. (mf) (Entered: 02/26/2025) |
| 02/26/2025 | 31 | COURTESY NOTICE: Pursuant to Rule 5 of the Federal Rules of Civil Procedure, document 19 MOTION to Dismiss filed by St. Paul Fire and Marine Insurance Company has been filed. For future reference, please note certificate of service has a partial electronic signature. Please refer to the ECF User Manual and ECF Policies and Procedures. Filer is not required to resubmit document. (mf) (Entered: 02/26/2025) |
| 02/26/2025 | 32 | COURTESY NOTICE: Pursuant to Rule 5 of the Federal Rules of Civil Procedure, document 20 Corporate Disclosure Statement filed by St. Paul Fire and Marine Insurance Company has been filed. For future reference, please note certificate of service has a partial electronic signature. Please refer to the ECF User Manual and ECF Policies and Procedures. Filer is not required to resubmit document. (mf) (Entered: 02/26/2025) |
| 02/26/2025 | 33 | COURTESY NOTICE: Pursuant to Rule 5 of the Federal Rules of Civil Procedure, document 25 Corporate Disclosure Statement filed by St. Paul Fire and Marine Insurance Company has been filed. For future reference, please note certificate of service has a partial electronic signature. Please refer to the ECF User Manual and ECF Policies and Procedures. Filer is not required to resubmit document. (mf) (Entered: 02/26/2025) |
| 03/03/2025 | 34 | Corporate Disclosure Statement by Agilent Technologies, Inc.. (Halijan, Douglas) (Entered: 03/03/2025) |
| 03/07/2025 | 35 | NOTICE of Appearance by William P Thomas on behalf of Xpedient Management Group, LLC (Thomas, William) (Entered: 03/07/2025) |
| 03/17/2025 | 36 | MOTION to Dismiss *Cross-Claim* by St. Paul Fire and Marine Insurance Company. (Attachments: # 1 Memorandum in Support of Motion to Dismiss Cross-Claim)(Bernick, Paige) (Entered: 03/17/2025) |
| 03/24/2025 | 37 | RESPONSE in Opposition re 19 MOTION to Dismiss filed by Agilent Technologies, Inc.. (Halijan, Douglas) (Entered: 03/24/2025) |
| 03/25/2025 | 38 | SETTING LETTER: Scheduling Conference RESET on Friday, 06/06/2025 at 09:30 AM before Judge Mark S. Norris. (Reset from 05/16/2025)<br><br>The proceeding will be held via Microsoft Teams video conference. The Court will email the parties an invitation for the video conference prior to the proceeding.<br><br>Counsel should submit any exhibits to be offered to the Judge's ECF mailbox prior to the proceeding.<br><br>The public may also access the video proceeding. If the public and/or media wish to attend in the video proceeding, please click on the following link to request access information: https://www.tnwd.uscourts.gov/videohearings The access information will be delivered via email to the email address from which the request originated.<br><br>Parties should consult the instructions for Joining a Meeting in Teams or Joining a Meeting Without a Teams Account. (zsf) (Entered: 03/25/2025) |

| 04/07/2025 | 39 | REPLY to Response to Motion re 37 Response in Opposition to Motion *to Dismiss* filed by St. Paul Fire and Marine Insurance Company. (Bernick, Paige) (Entered: 04/07/2025) |
|---|---|---|
| 04/09/2025 | 40 | DEFICIENCY NOTICE: Pursuant to Rule 5 of the Federal Rules of Civil Procedure, document 39 Reply to Response to Motion filed by St. Paul Fire and Marine Insurance Company has been filed. However, the following deficiency has been found: certificate of service has a partial electronic signature. Please refer to the ECF User Manual and ECF Policies and Procedures. The filer has one business day to correct the deficiency. (mf) (Entered: 04/09/2025) |
| 04/09/2025 | 41 | REPLY to Response to Motion re 37 Response in Opposition to Motion *to Dismiss* filed by St. Paul Fire and Marine Insurance Company. (Bernick, Paige) (Entered: 04/09/2025) |
| 04/14/2025 | 42 | RESPONSE in Opposition re 36 MOTION to Dismiss *Cross-Claim* filed by Xpedient Management Group, LLC. (Thomas, William) (Entered: 04/14/2025) |
| 04/28/2025 | 43 | REPLY to Response to Motion re 42 Response in Opposition to Motion *to Dismiss Cross Claim* filed by St. Paul Fire and Marine Insurance Company. (Bernick, Paige) (Entered: 04/28/2025) |
| 04/29/2025 | 44 | DEFICIENCY NOTICE: Pursuant to Rule 5 of the Federal Rules of Civil Procedure, document 43 Reply to Response to Motion filed by St. Paul Fire and Marine Insurance Company has been filed. However, the following deficiency has been found: certificate of service has a partial electronic signature. Please refer to the ECF User Manual and ECF Policies and Procedures. The filer has one business day to correct the deficiency. (mf) (Entered: 04/29/2025) |
| 04/30/2025 | 45 | REPLY to Response to Motion re 42 Response in Opposition to Motion *to Dismiss Cross Claim* filed by St. Paul Fire and Marine Insurance Company. (Bernick, Paige) (Entered: 04/30/2025) |
| 05/06/2025 | 46 | SETTING LETTER: Scheduling Conference RESET to Friday, 07/11/2025 at 09:30 AM before Judge Mark S. Norris. (Reset from 06/06/2025)<br><br>The proceeding will be held via Microsoft Teams video conference. The Court will email the parties an invitation for the video conference prior to the proceeding.<br><br>Counsel should submit any exhibits to be offered to the Judge's ECF mailbox prior to the proceeding.<br><br>The public may also access the video proceeding. If the public and/or media wish to attend in the video proceeding, please click on the following link to request access information: https://www.tnwd.uscourts.gov/videohearings The access information will be delivered via email to the email address from which the request originated.<br><br>Parties should consult the instructions for Joining a Meeting in Teams or Joining a Meeting Without a Teams Account. (zsf) (Entered: 05/06/2025) |
| 05/20/2025 | 47 | MOTION Unopposed Motion for Withdrawal and Substitution of Counsel by St. Paul Fire and Marine Insurance Company. (Petherick, Michael) (Entered: 05/20/2025) |
| 05/20/2025 | 48 | **[\*\*TEXT ORDER ONLY NO DOCUMENT ATTACHED\*\*]** ORDER GRANTING 47 UNOPPOSED MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL. Defendant St. Paul Fire and Marine Insurance Company has moved for the withdrawal of Paige I. Bernick, Peter C. Robison, and Ryan N. Clark of Lewis Thomason, P.C., and the substitution of Sean W. Martin and Michael J. Petherick of Carr Allison as counsel of record. The Motion is unopposed. For good cause shown, the Motion is well-taken and is hereby **GRANTED**. The above-named attorneys from Lewis Thomason, P.C. are permitted |

| | | to withdraw, and the attorneys from Carr Allison are substituted as counsel of record for Defendant St. Paul Fire and Marine Insurance Company. IT IS SO ORDERED. Signed by Judge Mark S. Norris on 05/20/2025. (Norris, Mark) (Entered: 05/20/2025) |
| --- | --- | --- |
| 05/21/2025 | [49] | MOTION to Continue *Unopposed Motion for Brief Continuance of Scheduling Conference, proposed order submitted* by Agilent Technologies, Inc.. (Halijan, Douglas) (Entered: 05/21/2025) |
| 05/21/2025 | 50 | **[\*\*TEXT ORDER ONLY - NO DOCUMENT ATTACHED\*\*]** ORDER GRANTING [49] PLAINTIFF'S UNOPPOSED MOTION FOR BRIEF CONTINUANCE OF SCHEDULING CONFERENCE. Before the Court is Plaintiff's Unopposed Motion for Brief Continuance of Scheduling Conference. Plaintiff requests a short postponement of the Scheduling Conference set for July 11, 2025, due to counsel's previously scheduled travel commitment. Defendants do not oppose this request. For good cause shown, Plaintiff's Motion is well-taken and hereby **GRANTED**. The Scheduling Conference is **RESET** for **August 15, 2025 at 10:30 AM** IT IS SO ORDERED. Signed by Judge Mark S. Norris on 05/21/2025.(Norris, Mark) (Entered: 05/21/2025) |
| 05/21/2025 | [51] | SETTING LETTER: Scheduling Conference RESET on Friday, 08/15/2025 at 10:30 AM before Judge Mark S. Norris.<br><br>The proceeding will be held via Microsoft Teams video conference. The Court will email the parties an invitation for the video conference prior to the proceeding.<br><br>Counsel should submit any exhibits to be offered to the Judge's ECF mailbox prior to the proceeding.<br><br>The public may also access the video proceeding. If the public and/or media wish to attend in the video proceeding, please click on the following link to request access information: https://www.tnwd.uscourts.gov/videohearings The access information will be delivered via email to the email address from which the request originated.<br><br>Parties should consult the instructions for Joining a Meeting in Teams or Joining a Meeting Without a Teams Account. (zsf) (Entered: 05/21/2025) |

| PACER Service Center | | |
| --- | --- | --- |
| **Transaction Receipt** | | |
| 06/23/2025 08:55:32 | | |
| **PACER Login:** | jwelborn | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 2:25-cv-02101-MSN-cgc |
| **Billable Pages:** | 7 | **Cost:** | 0.70 |