# U.S. District Court
## Western District of Tennessee (Memphis)
### CIVIL DOCKET FOR CASE #: 2:25-cv-02424-TLP-tmp

| | |
|---|---|
| Factory Mutual Insurance Company v. Xpedient Management Group, LLC et al | Date Filed: 04/17/2025 |
| Assigned to: Judge Thomas L. Parker | Jury Demand: Plaintiff |
| Referred to: Chief Magistrate Judge Tu M. Pham | Nature of Suit: 380 Personal Property: Other |
| Cause: 28:1332 Diversity-Property Damage | Jurisdiction: Diversity |

**Plaintiff**

**Factory Mutual Insurance Company**      represented by      **Samuel Joseph Welborn**
SMITH CASHIION & ORR, PLC
3100 West End Avenue
Ste 800
Nashville, TN 37203
615-742-8586
Fax: 615-742-8556
Email: jwelborn@smithcashion.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Xpedient Management Group, LLC**      represented by      **William P Thomas**
Bulter Snow
Product Liability, Toxic Tort &
Environmental Litigation
1020 Highland Colony Parkway
Ste 1400
Ridgeland, MS 39157
601-948-5711
Fax: 601-985-4500
Email: will.thomas@butlersnow.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**St. Paul Fire and Marine Insurance Company**      represented by      **Michael James Petherick**
CARR ALLISON
633 Chestnut Street
Suite 2000
Chattanooga, TN 37450
423-648-9862
Email: mpetherick@carrallison.com
*ATTORNEY TO BE NOTICED*

**Paige I Bernick**
LEWIS THOMASON, P.C.
424 Union Street

Suite 2500
Nashville, TN 37219
615-255-1366
Fax: 615-259-1389
Email: pbernick@lewisthomason.com
*ATTORNEY TO BE NOTICED*

**Peter C. Robison**
LEWIS THOMASON, P.C.
424 Church Street
Suite 2500
Nashville, TN 37219
615-259-1366
Fax: 615-254-9477
Email: probison@lewisthomason.com
*ATTORNEY TO BE NOTICED*

**Ryan Nelson Clark**
LEWIS, THOMASON, P.C.
424 Church Street, Suite 2500
Post Office Box 198615
Nashville, TN 37219
615-259-1366
Fax: 615-259-1389
Email: rclark@lewisthomason.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/17/2025 | 1 | COMPLAINT against All Defendants (Filing fee $ 405 receipt number ATNWDC-4668561), filed by Factory Mutual Insurance Company. (Attachments: # 1 Civil Cover Sheet, # 2 Summons to be issued to Defendant Xpedient Management Group, LLC, # 3 Summons to be issued to Defendant St. Paul Fire and Marine Insurance Company) (Welborn, Samuel) (Entered: 04/17/2025) |
| 04/17/2025 | 2 | Sealed Document *Exhibit A to Complaint to be filed under seal*. (Welborn, Samuel) (Entered: 04/17/2025) |
| 04/17/2025 | 3 | Judge Thomas L. Parker and Chief Magistrate Judge Tu M. Pham added. (cmm) (Entered: 04/17/2025) |
| 04/17/2025 | 4 | NOTICE TO COMPLY WITH PLAN FOR ALTERNATE DISPUTE RESOLUTION (ADR): Pursuant to Section to 2.1 of the ADR Plan, all civil cases filed on or after Sept. 1, 2014, shall be referred automatically for ADR. For compliance requirements, refer to the ADR Plan at: http://www.tnwd.uscourts.gov/pdf/content/ADRPlan.pdf (cmm) (Entered: 04/17/2025) |
| 04/17/2025 | 5 | NOTICE OF CASE TRACKING ASSIGNMENT PURSUANT TO LOCAL RULE 16.2: Pursuant to Local Rule 16.2, this case has been assigned to the Standard track. http://www.tnwd.uscourts.gov/pdf/content/LocalRules.pdf (cmm) (Entered: 04/17/2025) |
| 04/17/2025 | 6 | NOTICE OF RIGHT TO CONSENT TO THE EXERCISE OF CIVIL JURISDICTION BY A MAGISTRATE JUDGE Pursuant to 28 U.S.C. 636(c), Fed.R.Civ.P.73, and Local Rule 72.1, this Court has designated the Magistrate Judges of this District to conduct trials and otherwise dispose of any civil case that is filed in this Court. Your decision to consent, |

| | | |
|---|---|---|
| | | or not consent, to the referral of your case to a United States Magistrate Judge for trial and entry of a final judgment must be entirely voluntary. The judge or magistrate judge to whom the case has been assigned will not be informed of your decision unless all parties agree that the case may be referred to a magistrate judge for these specific purposes. A less than unanimous decision will not be communicated by this office to either the judge or magistrate judge. The consent form (form AO 85) is available on the US Courts website at https://www.uscourts.gov/forms-rules/forms. (cmm) (Entered: 04/17/2025) |
| 04/17/2025 | 7 | Summons Issued as to St. Paul Fire and Marine Insurance Company, Xpedient Management Group, LLC. The filer has been notified electronically that the summons has been issued, and the new docket entry reflects this. Upon notification of the new docket entry, the filer is to print the issued summons in order to effect service. (Attachments: # 1 Summons)(cmm) (Entered: 04/17/2025) |
| 04/28/2025 | 8 | NOTICE of Appearance by Paige I Bernick on behalf of St. Paul Fire and Marine Insurance Company (Bernick, Paige) (Entered: 04/28/2025) |
| 04/28/2025 | 9 | NOTICE of Appearance by Peter C. Robison on behalf of St. Paul Fire and Marine Insurance Company (Robison, Peter) (Entered: 04/28/2025) |
| 04/28/2025 | 10 | NOTICE of Appearance by Ryan Nelson Clark on behalf of St. Paul Fire and Marine Insurance Company (Clark, Ryan) (Entered: 04/28/2025) |
| 04/28/2025 | 11 | Corporate Disclosure Statement by St. Paul Fire and Marine Insurance Company. (Bernick, Paige) (Entered: 04/28/2025) |
| 04/28/2025 | 12 | Corporate Disclosure Statement by St. Paul Fire and Marine Insurance Company. (Bernick, Paige) (Entered: 04/28/2025) |
| 04/29/2025 | 13 | SUMMONS Returned Executed by Factory Mutual Insurance Company as to St. Paul Fire and Marine Insurance Company. (Orr, Jefferson) (Entered: 04/29/2025) |
| 04/29/2025 | 14 | SUMMONS Returned Executed by Factory Mutual Insurance Company as to Xpedient Management Group, LLC. (Orr, Jefferson) (Entered: 04/29/2025) |
| 05/13/2025 | 15 | Corporate Disclosure Statement by Factory Mutual Insurance Company. (Welborn, Samuel) (Entered: 05/13/2025) |
| 05/14/2025 | 16 | MOTION Withdrawal and Substitution of Counsel and Extension of Time to Respond by St. Paul Fire and Marine Insurance Company. (Petherick, Michael) (Entered: 05/14/2025) |
| 05/14/2025 | 17 | MOTION to Dismiss by Xpedient Management Group, LLC. (Attachments: # 1 Exhibit 1 - Agilent Technologies, Inc. Complaint Case No. 2:25-CV-02101-MSN-CGC, # 2 Exhibit 2 - Xpedient Mgmt. Group, LLC Answer Case No. 2:25-CV-02101-MSN-CGC)(Thomas, William) (Entered: 05/14/2025) |
| 05/14/2025 | 18 | MEMORANDUM in Support re 17 MOTION to Dismiss filed by Xpedient Management Group, LLC. (Thomas, William) (Entered: 05/14/2025) |
| 05/16/2025 | 19 | NOTICE by Factory Mutual Insurance Company *of Related Case* (Welborn, Samuel) (Entered: 05/16/2025) |
| 05/19/2025 | 20 | [**TEXT ORDER ONLY--NO DOCUMENT ATTACHED**] Attorneys Paige I. Bernick, Peter C. Robison, and Ryan N. Clark move unopposed to withdraw as counsel for Defendant St. Paul Fire and Marine Insurance Company. (ECF No. 16.) Attorneys Sean W. Martin and Michael J. Petherick of Carr Allison will represent Defendant. (See id.) The Court therefore GRANTS the motion and terminates Attorneys Bernick, Robison, and Clark, and the firm of Lewis Thomason, P.C., as attorneys of record for Defendant. Given the change in counsel, Defendant also moves unopposed to extend its deadline to answer or |

|  |  |  |
|---|---|---|
|  |  | otherwise respond to Plaintiff's Complaint. (Id.) For good cause, the Court GRANTS the motion, and Defendant has through June 4, 2025, to answer or otherwise respond. Signed by Judge Thomas L. Parker on 05/19/2025. (mkm) (Entered: 05/19/2025) |
| 06/04/2025 | 21 | MOTION to Dismiss by St. Paul Fire and Marine Insurance Company. (Attachments: # 1 Memorandum Support of It's Motion to Dismiss)(Petherick, Michael) (Entered: 06/04/2025) |
| 06/11/2025 | 22 | RESPONSE to Motion re 17 MOTION to Dismiss filed by Factory Mutual Insurance Company. (Welborn, Samuel) (Entered: 06/11/2025) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 06/23/2025 08:58:57 | | | |
| **PACER Login:** | jwelborn | **Client Code:** |  |
| **Description:** | Docket Report | **Search Criteria:** | 2:25-cv-02424-TLP-tmp |
| **Billable Pages:** | 3 | **Cost:** | 0.30 |