# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| FACTORY MUTUAL INSURANCE COMPANY, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) No. 2:25-cv-02424-TLP-tmp<br>)<br>) JURY DEMAND |
| XPEDIENT MANAGEMENT GROUP, LLC and ST. PAUL FIRE AND MARINE INSURANCE COMPANY, | )<br>)<br>)<br>) |
| Defendants. | ) |

## ORDER TRANSFERRING CASE

The undersigned Court requests that this case be reassigned to Judge Mark S. Norris.

Accordingly, the Clerk is **DIRECTED** to reassign this case.

**SO ORDERED**, this 27th day of June, 2025.

                                                s/Thomas L. Parker
                                                THOMAS L. PARKER
                                                UNITED STATES DISTRICT JUDGE