Case: **2:25−cv−02424**
Assigned To : **Norris, Mark S.**
Referral Judge: **Pham, Tu M.**
Assign. Date : **6/27/2025**
Description: **Factory Mutual
Insurance Company v. Xpedient
Management Group, LLC et al**

1