## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

| | |
|---|---|
| **FACTORY MUTUAL INSURANCE COMPANY**, as subrogee of Agilent Technologies, Inc., <br><br> **Plaintiff,** <br><br> v. <br><br> **XPEDIENT MANAGEMENT GROUP, LLC and ST. PAUL FIRE AND MARINE INSURANCE COMPANY,** <br><br> **Defendants.** | Case No. 2:25-cv-02424-MSN-tmp <br><br> **JURY TRIAL DEMANDED** |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that attorney Andrew B. Schrack with the law firm of Butler Snow LLP hereby enters his appearance as one of the attorneys of record for Defendant Xpedient Management Group, LLC in this cause.

RESPECTFULLY SUBMITTED, this 7th day of July 2025.

>  /s/Andrew B. Schrack
> William P. Thomas (MS 102209)
> Andrew B. Schrack (TN 037624)
> **BUTLER SNOW LLP**
> 6075 Poplar Ave., Ste. 500
> Memphis, TN 38119
> T: 901-680-7200
> F: 901-680-7201
> will.thomas@butlersnow.com
> andrew.schrack@butlersnow.com
>
> *Attorneys for Defendant Xpedient Management Group, LLC*

## CERTIFICATE OF SERVICE

      I hereby certify that on July 7, 2025 a copy of the foregoing document has been filed electronically. Notice of this filing will be served by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served via electronic mail and/or first-class United States Mail, postage prepaid. Parties may access this filing through the Court's electronic filing system.

                                                */s/Andrew B. Schrack*
                                                Andrew B. Schrack

94290564.v1