# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | | |
|---|---|---|
| **AGILENT TECHNOLOGIES, INC.,** | * | |
| | * | |
| Plaintiff, | * | |
| | * | No. 2:25-cv-02101 |
| v. | * | |
| | * | JURY DEMAND |
| **XPEDIENT MANAGEMENT GROUP, LLC** | * | |
| and **ST. PAUL FIRE AND MARINE** | * | |
| **INSURANCE COMPANY,** | * | |
| | * | |
| Defendants. | * | |

| | | |
|---|---|---|
| **FACTORY MUTUAL INSURANCE** | * | |
| **COMPANY, as subrogee of Agilent** | * | |
| **Technologies, Inc.,** | * | |
| | * | |
| Plaintiff, | * | |
| | * | No. 2:25-cv-02424 |
| v. | * | |
| | * | JURY DEMAND |
| **XPEDIENT MANAGEMENT GROUP, LLC**, | * | |
| and **ST. PAUL FIRE AND MARINE** | * | |
| **INSURANCE COMPANY,** | * | |
| | * | |
| Defendants. | * | |

### UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF AGILENT TECHNOLOGIES, INC'S FIRST AMENDED COMPLAINT

COMES NOW the Defendant, St. Paul Fire and Marine Insurance Company ("St. Paul"), to submit its Unopposed Motion for Extension of Time to Respond to Plaintiff Agilent Technologies, Inc.'s ("Agilent") First Amended Complaint pursuant to *Fed. R. Civ. P.* 6(b)(1)(A).

As grounds for this motion, St. Paul would show that Agilent filed their First Amended Complaint on November 3, 2025. [Doc 73]. Pursuant to *Fed. R. Civ. P.* 15(a)(3), St. Paul's deadline to respond to Agilent's First Amended Complaint is today, November 17, 2025. Despite

the diligence of undersigned counsel, more time is needed to prepare and file a response to Agilent's First Amended Complaint. Pursuant to *Local Rule* 7.2(a)(1)(B), undersigned counsel conferred with Agilent's counsel on November 14, 2025 and inquired about whether they opposed a 10-day extension of the deadline for St. Paul to respond to Agilent's First Amended Complaint. Agilent does not oppose a 10-day extension of that deadline.

**WHEREFORE,** St. Paul respectfully requests that the Court enter an order granting its motion and extending the deadline for it to respond to Agilent's First Amended Complaint by 10 days, through and including November 27, 2025.

        Respectfully submitted,

        **CARR ALLISON**

        BY: /s/ Michael J. Petherick
        **SEAN W. MARTIN, BPR #020870**
        **MICHAEL J. PETHERICK, BPR #036155**
        Attorneys for St. Paul
        633 Chestnut Street, Suite 2000
        Chattanooga, TN 37450
        (423) 648-9832 / (423) 648-9869 FAX
        swmartin@carrallison.com
        mpetherick@carrallison.com

**CERTIFICATE OF CONSULTATION**

Pursuant to *Local Rule* 7.2(a)(1)(B), on November 14, 2025, undersigned counsel conferred by email with Agilent's counsel, Douglas F. Halijan, about the relief requested in this motion. At that time, it was determined that the relief requested in this motion is not opposed by Agilent.

        BY: /s/ Michael J. Petherick
        **MICHAEL J. PETHERICK, BPR #036155**

**CERTIFICATE OF SERVICE**

 I hereby certify that on November 17, 2025, I electronically filed an **UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF AGILENT TECHNOLOGIES, INC'S FIRST AMENDED COMPLAINT** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Elena R. Mosby
Douglas F. Halijan
Burch, Porter & Johnson PLLC
130 North Court Avenue
Memphis, TN 38103

Amber S. Finch
Margaret Clemans McDonald
Reed Smith, LLP
515 South Flower Street, Suite 4300
Los Angeles, CA 90071

Andrew B. Schrack
Butler Snow LLP
6075 Poplar Avenue, Suite 500
Memphis, TN 38119

S. Joe Wellborn
Jefferson C. Orr
Brenden T. Holbrook
Smith Cashion & Orr, PLC
3100 West End Avenue, Suite 800
Nashville, TN 37203

            BY: /s/ Michael J. Petherick
            **MICHAEL J. PETHERICK, BPR #036155**