# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| AGILENT TECHNOLOGIES, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Case No. 2:25-cv-02101-MSN-cgc |
| XPEDIENT MANAGEMENT GROUP, LLC | ) |
| and ST. PAUL FIRE AND MARINE | ) Judge Mark S. Norris |
| INSURANCE COMPANY, | ) Magistrate Judge Charmaine |
| | ) Claxton |
| Defendants. | ) |
| _____ | ) |
| | ) |
| XPEDIENT MANAGEMENT GROUP, LLC, | ) |
| | ) |
| Cross-Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| ST. PAUL FIRE AND MARINE INSURANCE | ) |
| COMPANY | ) |
| | ) |
| Cross-Defendant, | ) |
| _____ | ) |
| | ) |
| FACTORY MUTUAL INSURANCE CO., as | ) |
| subrogee of Agilent Technologies, Inc., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Case No. 2:25-cv-02424-MSN-tmp |
| XPEDIENT MANAGEMENT GROUP, LLC | ) |
| and ST. PAUL FIRE AND MARINE | ) JURY DEMANDED |
| INSURANCE COMPANY, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that Defendant Xpedient Management Group, LLC has this date served its first sets of discovery requests upon St. Paul Fire and Maine Insurance Company and Factory Mutual Insurance Company.

RESPECTFULLY SUBMITTED, this 16th day of February 2026.

                                              */s/ Andrew B. Schrack*
                                              William P. Thomas (MS 102209)
                                              Andrew B. Schrack (TN 037624)
                                              **BUTLER SNOW LLP**
                                              6075 Poplar Ave., Ste. 500
                                              Memphis, TN 38119
                                              T: 901-680-7200
                                              F: 901-680-7201
                                              will.thomas@butlersnow.com
                                              andrew.schrack@butlersnow.com

                                              *Attorneys for Defendant Xpedient Management Group, LLC*

## CERTIFICATE OF SERVICE

  I hereby certify that on February 16, 2026 a copy of the foregoing document has been served via electronic mail and/or first-class United States Mail, postage prepaid upon the the following parties:

| | |
|---|---|
| Douglas F. Halijan<br>Elena R. Mosby<br>BURCH PORTER & JOHNSON, PLLC<br>130 North Court Avenue<br>Memphis, TN 38103<br>dhalijan@bpjlaw.com<br>emosby@bpjlaw.com | Sean W. Martin<br>Michael J. Petherick<br>Carr Allison<br>633 Chestnut Street, Suite 2000<br>Chattanooga, TN 37450<br>swmartin@carrallison.com<br>mpetherick@carrallison.com |
| Amber Finch<br>Margaret C. McDonald<br>Katherine P. Goetz<br>REED SMITH LLP<br>515 South Flower, Suite 4300<br>Los Angeles, CA 90071<br>afinch@reedsmith.com<br>mcmcdonald@reedsmith.com<br>kgoetz@reedsmith.com<br><br>*Attorneys for Plaintiff Agilent Technologies* | *Attorneys for Defendant St. Paul Fire and Marine Insurance Company*<br><br>Brenden Holbrook<br>Samuel Joseph Welborn<br>SMITH CASHION & ORR<br>3100 W End Ave., Ste. 800<br>Nashville, TN 37203<br>bholbrook@smithcashion.com<br>jwelborn@smithcashion.com<br><br>*Attorneys for Consol Plaintiff Factory Mutual Insurance Company* |

               */s/ Andrew B. Schrack*

99557395.v1