# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

| | |
|---|---|
| AGILENT TECHNOLOGIES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Case No. 2:25-cv-02101-MSN-cgc |
| XPEDIENT MANAGEMENT GROUP, LLC ) | |
| and ST. PAUL FIRE AND MARINE ) | Judge Mark S. Norris |
| INSURANCE COMPANY, ) | Magistrate Judge Charmaine |
| ) | Claxton |
| Defendants. ) | |
| ) | |
| XPEDIENT MANAGEMENT GROUP, LLC, ) | |
| ) | |
| Cross-Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| ST. PAUL FIRE AND MARINE INSURANCE ) | |
| COMPANY ) | |
| ) | |
| Cross-Defendant, ) | |
| ) | |
| FACTORY MUTUAL INSURANCE CO., as ) | |
| subrogee of Agilent Technologies, Inc., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Case No. 2:25-cv-02424-MSN-tmp |
| XPEDIENT MANAGEMENT GROUP, LLC ) | |
| and ST. PAUL FIRE AND MARINE ) | JURY DEMANDED |
| INSURANCE COMPANY, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that the undersigned counsel for Defendant Xpedient Management Group, LLC will take the deposition upon oral examination of Shellie Moses, in the above-captioned matter before a court reporter or such other person authorized to administer oaths and take acknowledgements of the deponent as follows:

DATE:   March 25, 2026, at 10:00 A.M. CST

DEPONENT:   Jessica Edmonds

LOCATION:   Butler Snow LLP
6075 Poplar Avenue
Suite 500
Memphis, TN 38119

The deposition will be taken for all purposes and as authorized by the Federal Rules of Civil Procedure and will continue from day to day until completed. The deposition shall be recorded by stenographic means by a court reporter and may be used for the purposes of discovery or for use as evidence at trial, or both.

RESPECTFULLY SUBMITTED, this 6th day of March 2026.

*/s/ William P. Thomas*
William P. Thomas (MS 102209)
Andrew B. Schrack (TN 037624)
**BUTLER SNOW LLP**
6075 Poplar Ave., Ste. 500
Memphis, TN 38119
T: 901-680-7200
F: 901-680-7201
will.thomas@butlersnow.com
andrew.schrack@butlersnow.com

*Attorneys for Defendant Xpedient Management Group, LLC*

2

## CERTIFICATE OF SERVICE

      I hereby certify that on March 6, 2026 a copy of the foregoing document has been served via electronic mail and/or first-class United States Mail, postage prepaid upon the the following parties:

Douglas F. Halijan
Elena R. Mosby
BURCH PORTER & JOHNSON, PLLC
130 North Court Avenue
Memphis, TN 38103
dhalijan@bpjlaw.com
emosby@bpjlaw.com

Amber Finch
Margaret C. McDonald
Katherine P. Goetz
REED SMITH LLP
515 South Flower, Suite 4300
Los Angeles, CA 90071
afinch@reedsmith.com
mcmcdonald@reedsmith.com
kgoetz@reedsmith.com

*Attorneys for Plaintiff Agilent Technologies*

Sean W. Martin
Michael J. Petherick
Carr Allison
633 Chestnut Street, Suite 2000
Chattanooga, TN 37450
swmartin@carrallison.com
mpetherick@carrallison.com

*Attorneys for Defendant St. Paul Fire and Marine Insurance Company*

Brenden Holbrook
Samuel Joseph Welborn
SMITH CASHION & ORR
3100 W End Ave., Ste. 800
Nashville, TN 37203
bholbrook@smithcashion.com
jwelborn@smithcashion.com

*Attorneys for Consol Plaintiff Factory Mutual Insurance Company*

                */s/ William P. Thomas*
                WILLIAM P. THOMAS

99762753.v1