# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

| | |
|---|---|
| AGILENT TECHNOLOGIES, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Case No. 2:25-cv-02101-MSN-cgc |
| XPEDIENT MANAGEMENT GROUP, LLC | ) |
| and ST. PAUL FIRE AND MARINE | ) Judge Mark S. Norris |
| INSURANCE COMPANY, | ) Magistrate Judge Charmaine |
| | ) Claxton |
| Defendants. | ) |
| | ) |
| XPEDIENT MANAGEMENT GROUP, LLC, | ) |
| | ) |
| Cross-Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| ST. PAUL FIRE AND MARINE INSURANCE | ) |
| COMPANY | ) |
| | ) |
| Cross-Defendant, | ) |
| | ) |
| FACTORY MUTUAL INSURANCE CO., as | ) |
| subrogee of Agilent Technologies, Inc., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Case No. 2:25-cv-02424-MSN-tmp |
| XPEDIENT MANAGEMENT GROUP, LLC | ) |
| and ST. PAUL FIRE AND MARINE | ) JURY DEMANDED |
| INSURANCE COMPANY, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that the undersigned counsel for Defendant Xpedient Management Group, LLC will take the deposition upon oral examination of Shellie Moses, in the above-captioned matter before a court reporter or such other person authorized to administer oaths and take acknowledgements of the deponent as follows:

| | |
|---|---|
| DATE: | March 24, 2026, at 2:00 P.M. CST |
| DEPONENT: | Shellie Moses |
| LOCATION: | Butler Snow LLP<br>6075 Poplar Avenue<br>Suite 500<br>Memphis, TN 38119 |

The deposition will be taken for all purposes and as authorized by the Federal Rules of Civil Procedure and will continue from day to day until completed. The deposition shall be recorded by stenographic means by a court reporter and may be used for the purposes of discovery or for use as evidence at trial, or both.

RESPECTFULLY SUBMITTED, this 6th day of March 2026.

*/s/ William P. Thomas*
William P. Thomas (MS 102209)
Andrew B. Schrack (TN 037624)
**BUTLER SNOW LLP**
6075 Poplar Ave., Ste. 500
Memphis, TN 38119
T: 901-680-7200
F: 901-680-7201
will.thomas@butlersnow.com
andrew.schrack@butlersnow.com

*Attorneys for Defendant Xpedient Management Group, LLC*

## CERTIFICATE OF SERVICE

      I hereby certify that on March 6, 2026 a copy of the foregoing document has been served via electronic mail and/or first-class United States Mail, postage prepaid upon the the following parties:

Douglas F. Halijan  
Elena R. Mosby  
BURCH PORTER & JOHNSON, PLLC  
130 North Court Avenue  
Memphis, TN 38103  
dhalijan@bpjlaw.com  
emosby@bpjlaw.com  

Amber Finch  
Margaret C. McDonald  
Katherine P. Goetz  
REED SMITH LLP  
515 South Flower, Suite 4300  
Los Angeles, CA  90071  
afinch@reedsmith.com  
mcmcdonald@reedsmith.com  
kgoetz@reedsmith.com  

*Attorneys for Plaintiff Agilent Technologies*

Sean W. Martin  
Michael J. Petherick  
Carr Allison  
633 Chestnut Street, Suite 2000  
Chattanooga, TN 37450  
swmartin@carrallison.com  
mpetherick@carrallison.com  

*Attorneys for Defendant St. Paul Fire and Marine Insurance Company*

Brenden Holbrook  
Samuel Joseph Welborn  
SMITH CASHION & ORR  
3100 W End Ave., Ste. 800  
Nashville, TN  37203  
bholbrook@smithcashion.com  
jwelborn@smithcashion.com  

*Attorneys for Consol Plaintiff Factory Mutual Insurance Company*

                                          */s/ William P. Thomas*  
                                          WILLIAM P. THOMAS

99762708.v1