FILED

MAR 05 2026

Wendy R Oliver, Clerk
U.S. District Court
W.D. OF TN, Memphis

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

IN RE: FIRST ORDER REASSIGNING CIVIL
CASES TO UNITED STATES DISTRICT
JUDGE BRIAN C. LEA

Administrative Order No. 2026-05

The following civil cases that are currently assigned to United States District Judge Mark S. Norris are to be reassigned to United States District Judge Brian C. Lea.

1. Case No. 02-2002
2. Case No. 14-2630
3. Case No. 11-2362
4. Case No. 21-2424
5. Case No. 25-2382
6. Case No. 25-2474
7. Case No. 25-2544
8. Case No. 24-2166
9. Case No. 24-2770
10. Case No. 24-2820
11. Case No. 25-2882
12. Case No. 24-2136
13. Case No. 24-2432
14. Case No. 24-2530
15. Case No. 25-2168
16. Case No. 25-2932
17. Case No. 22-2824
18. Case No. 25-2796
19. Case No. 25-2012
20. Case No. 25-2140
21. Case No. 25-2272
22. Case No. 25-2954
23. Case No. 25-2982
24. Case No. 25-2868
25. Case No. 25-2984
26. Case No. 25-3048
27. Case No. 25-3178
28. Case No. 25-2586
29. Case No. 25-2746
30. Case No. 26-2122
31. Case No. 20-2570
32. Related Case Nos. 25-2639 and 25-2933
33. Case No. 22-2395

34. Case No. 23-2193
35. Case No. 23-2327
36. Case No. 23-2773
37. Case No. 23-2598
38. Case No. 23-2687
39. Case No. 24-2639
40. Case No. 24-2815
41. Case No. 24-2842
42. Case No. 24-2938
43. Case No. 24-2991
44. Consolidated Case Nos. 25-2101 (Lead Case) and 25-2424 (Member Case)
45. Case No. 25-2499
46. Case No. 21-2195
47. Case No. 18-2675
48. Case No. 21-2623
49. Case No. 21-2506
50. Case No. 21-2701
51. Case No. 22-2285
52. Case No. 25-2569
53. Case No. 22-2535
54. Case No. 23-2125
55. Consolidated Case Nos. 23-2139 (Lead Case) and 23-2232 (Member Case)
56. Case No. 25-2027
57. Case No. 26-2123
58. Case No. 22-2839
59. Case No. 24-2527
60. Case No. 25-2381
61. Case No. 25-2084
62. Case No. 24-2912

**IT IS SO ORDERED**, this 5th day of March, 2026.

*s/ Mark S. Norris*
MARK S. NORRIS
UNITED STATES DISTRICT JUDGE