**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

AGILENT TECHNOLOGIES, INC., )
    Plaintiff, )
               )
v. )
               )
XPEDIENT MANAGEMENT GROUP, LLC and )  Case No. 2:25-cv-02101-BCL-cgc
ST. PAUL FIRE AND MARINE INSURANCE )
COMPANY, and COLLIERS MANAGEMENT )  Judge Brian C. Lea
SERVICES – MEMPHIS, LLC )  Magistrate Judge Charmaine Claxton
    Defendants. )
_____ )
               )
XPEDIENT MANAGEMENT GROUP, LLC, )
    Cross-Plaintiff, )
               )
v. )
               )
ST. PAUL FIRE AND MARINE INSURANCE )
COMPANY, and COLLIERS MANAGEMENT )
SERVICES – MEMPHIS, LLC )
    Cross-Defendants, )
_____ )
               )
FACTORY MUTUAL INSURANCE CO., as )
subrogee of Agilent Technologies, Inc., )
    Plaintiff, )
               )
v. )  Case No. 2:25-cv-02424-BCL-tmp
               )
XPEDIENT MANAGEMENT GROUP, LLC, ST. )  JURY DEMANDED
PAUL FIRE AND MARINE )
INSURANCE COMPANY, and COLLIERS )
MANAGEMENT SERVICES – MEMPHIS, LLC )
    Defendants. )

---

**JOINT NOTICE REGARDING PENDING MOTIONS IN,
AND ADMINISTRATIVE CLOSURE OF, CASE NO. 2:25-cv-02424**

---

COME NOW Plaintiff Factory Mutual Insurance Company, as subrogee of Agilent Technologies, Inc., and Defendants Xpedient Management Group, LLC and St. Paul Fire and Marine Insurance Company (collectively the "Parties"), and submit the following joint position regarding the issues identified by the Court in the Court's June 16, 2026 Text Order (Doc. 55) in Case No. 2:25-cv-02101 (the "Text Order") as follows:

**1. Pending Motions**

The Court noted in its Text Order that two motions remain pending on the docket of this member case (Docs. 24 and 32), both of which were filed before consolidation and relate to pleadings that have since been superseded by amendment and subsequent developments in the consolidated proceedings. The Parties' position is that these motions no longer have continuing significance and have been rendered moot by subsequent events, including the filing of amended pleadings and the consolidation of this action with Case No. 2:25-cv-02101. Accordingly, the Parties do not believe further adjudication of those motions is necessary.

**2. Administrative Closure of Member Case**

The Parties further agree and submit that administrative closure of this member case is appropriate and would promote judicial economy and efficient case management.

This action and the lead action arise from the same January 2024 water intrusion event at the Cromwell warehouse in Memphis, Tennessee. The cases involve substantially identical factual allegations, overlapping parties, common witnesses, common discovery, common expert testimony, and substantially identical issues concerning liability, causation, and damages. The actions have already been consolidated, and the parties are conducting discovery and litigating the matter as a single proceeding.

Maintaining a separate active docket for this member case serves little practical purpose and creates the potential for duplicative filings, scheduling complications, and administrative

inefficiencies. Administrative closure of this member case would therefore facilitate orderly management of the consolidated litigation while preserving all substantive rights of the parties.

For these reasons, the Parties respectfully submit that: (1) the pending motions identified by the Court in the Text Order are moot; and (2) this member case should be administratively closed in deference to the consolidated proceedings pending under the lead case, Case No. 2:25-cv-02101.

Respectfully submitted

*s/ Samuel Joseph Welborn*
Samuel Joseph Welborn, BPR # 21747
Brenden T. Holbrook, BPR # 39485
**SMITH CASHION & ORR**
3100 W. End Ave., Ste. 800
Nashville, TN 37203
jwelborn@smithcashion.com
bholbrook@smithcashion.com

*Counsel for Plaintiff Factory Mutual Insurance Company*

*s/ William P. Thomas*
William P. Thomas (MS 102209)
Andrew B. Schrack (TN 037624)
BUTLER SNOW LLP
6075 Poplar Ave., Ste. 500
Memphis, TN 38119
will.thomas@butlersnow.com
andrew.schrack@butlersnow.com

*Counsel for Defendant Xpedient Management Group, LLC*

*s/ Sean W. Martin*
Sean W. Martin, BPR # 020870
CARR ALLISON
633 Chestnut Street, Ste. 2000
Chattanooga, TN 37450
mpetherick@carrallison.com
swmartin@carrallison.com

*Counsel for Defendant St. Paul Fire and Marine Insurance Company*

3

**CERTIFICATE OF SERVICE**

I, Samuel Joseph Welborn, do hereby certify that I have this day filed the above and foregoing document with the Clerk of the Court using the ECF system, which sent notification of such filing to all counsel of record.

SO CERTIFIED, this the 23rd day of June 2026

/s/     *Samuel Joseph Welborn*
Samuel Joseph Welborn