**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | |
|---|---|
| AGILENT TECHNOLOGIES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>XPEDIENT MANAGEMENT GROUP, LLC, ST. PAUL FIRE AND MARINE INSURANCE COMPANY, and COLLIERS MANAGEMENT SERVICES – MEMPHIS, LLC,<br>Defendants. | Case No. 2:25-cv-02101-BCL-cgc<br><br>Judge Brian C. Lea<br>Magistrate Judge Charmaine Claxton |
| XPEDIENT MANAGEMENT GROUP, LLC,<br>Cross-Plaintiff,<br><br>v.<br><br>ST. PAUL FIRE AND MARINE INSURANCE COMPANY and COLLIERS MANAGEMENT SERVICES – MEMPHIS, LLC,<br>Cross-Defendants. | |
| FACTORY MUTUAL INSURANCE CO., as subrogee of Agilent Technologies, Inc.,<br>Plaintiff,<br><br>v.<br><br>XPEDIENT MANAGEMENT GROUP, LLC, ST. PAUL FIRE AND MARINE INSURANCE COMPANY, and COLLIERS MANAGEMENT SERVICES – MEMPHIS, LLC,<br>Defendants. | Case No. 2:25-cv-02424-BCL-tmp<br><br>JURY DEMANDED |

**REPORT OF MEDIATION BY RULE 31 MEDIATOR**

The following parties appeared and participated in the mediation process:

**Plaintiff**
**Plaintiff's Attorneys**
**Defendants**

**Defendants' Attorneys**

---

Settlement outcome from mediation:

**No issues were resolved between Plaintiff and Defendants.**

---

**Mediation Fees were NOT requested to be charged as court costs.**

Respectfully submitted,

/s/ John J. Griffin, Jr.
John J. Griffin, Jr. (#15446)
Griffin Bowen, PLLC
48 Music Square East
Nashville, TN 37203
(615) 742-4800

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing has been served via E-mail and the court's electronic filing system upon the following:

Joe Welborn
jwelborn@smithcashion.com

Sean W. Martin
swmartin@carrallison.com

Will Thomas
will.thomas@butlersnow.com

Douglas Halijan
dhalijan@bpjlaw.com

Amber Finch
afinch@reedsmith.com

John W. Butler
jbutler@bvblaw.com

Peter Sales
psales@bradley.com

Margaret McDonald
mcmcdonald@reedsmith.com

On this the 20th day of November, 2026.

/s/ John J. Griffin, Jr.
John J. Griffin, Jr.